## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      : **CHAPTER 13**
    **Joel Wayne Hudnell**          :
                                         :
                        **Debtor(s)**          : **NO.   19-15726 AMC**

### CERTIFICATE OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of Debtor's  Amended Chapter 13 Plan and Amended Schedule J were mailed either first class mail, postage prepaid or electronically on March 22, 2020  to the U.S. Trustee, William C. Miller, Trustee, Joel Wayne Hudnell, Debtor and all creditors listed on the Claims Register and/or any attorneys who entered their appearances in this matter.

3-22-2020                                      /s/     MICHAEL A. LATZES
DATE                                           MICHAEL A. LATZES, ESQUIRE
                                               Attorney for Debtor