**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Joel W. Hudnell | : |
| | : |
|           Debtor(s) | : NO.  19-15726 AMC |

**O R D E R**

      **IT IS HEREBY ORDERED AND DECREED THAT:**  Debtor's counsel's Application for Allowance of Compensation in the amount of $4,500.00 is approved. From these monies $2,000.00 was paid by debtor prior to filing and $2,500.00 will be paid by the Chapter 13 Trustee.

**Date: April 30, 2020**

_____
                                                J.