UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 BANKRUPTCY |
|     Joel Wayne Hudnell | : |
| | : |
|     Debtor | : |
| | : |
| | : NO.  19-15726 MDC |
|     Pennsylvania Housing Finance Agency | : |
|         Movant | : |
|         v. | : |
|     Joel Wayne Hudnell | : Date: September 28, 2020 |
|         Debtor | : Time: 10:30 a.m. |
| | : Courtroom: 2 |
|     William C. Miller, Esquire | : |
|         Trustee | : |

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing DEBTOR'S ANSWER TO PENNSYLVANIA HOUSING FINANCE AGENCY'S MOTION FOR RELIEF  was served upon the following parties by mailing such copies by  first class, postage prepaid or by electronic means on September 15, 2020,  to the following:

Asst. U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA   19107

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Joel W. Hudnell
414 West 21st Street
Chester, PA 19013

  9-15-20
Date

/s/ MICHAEL A. LATZES
MICHAEL A. LATZES, ESQUIRE
Attorney for Debtor