United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joel Wayne Hudnell  
    Debtor

Case No. 19-15726-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Eileen     Page 1 of 1     Date Rcvd: Sep 21, 2020  
                     Form ID: 167     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2020.  
db         +Joel Wayne Hudnell,    414 W. 21st Street,    Chester, PA 19013-4920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2020 at the address(es) listed below:  
       KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY  
         bkgroup@kmllawgroup.com  
       MICHAEL A. LATZES    on behalf of Debtor Joel Wayne Hudnell efiling@mlatzes-law.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY  
         bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                    TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Joel Wayne Hudnell
    Debtor(s)

Case No: 19−15726−mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*rescheduled \*\*
Motion for Relief from Stay re: 414 West 21st Street, Chester, PA 19013.,, in addition to Motion for Relief from Co−Debtor Stay co−debtor, Diana Hudnell Filed by PENNSYLVANIA HOUSING FINANCE AGENCY Represented by REBECCA ANN SOLARZ (

on: 9/29/20

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  9/21/20

Timothy B. McGrath
Clerk of Court

48 − 43
Form 167