IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Joel Wayne Hudnell | : |
| | :  No. 19-15726 MDC |

CERTIFICATION OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Notice, Motion to Modify and Abate Chapter 13 Plan and Proposed Order were served either by first class mail, postage prepaid or electronically on October 2, 2020, to William C. Miller, Trustee, United States Trustee, all attorneys of record, debtor, Joel Wayne Hudnell and all creditors listed on the Claim's Register.

 10-5-20                                                       /s/ MICHAEL A. LATZES, ESQUIRE
DATE                                                            MICHAEL A. LATZES, ESQUIRE
                                                                Attorney for Debtor