IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | : CHAPTER 13 |
|     **Joel Wayne Hudnell** | : |
| | : |
|     **Debtor(s)** | : NO.   19-15726 MDC |

CERTIFICATION OF NO RESPONSE/OBJECTION

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that the Notice and Motion to Modify and Abate Chapter 13 Plan were served either electronically or first class mail, postage prepaid, on October 5, 2020 to all parties.

Counsel certifies that there are no current objections of record or no other responsive pleadings filed to Debtor's Motion to Modify, in the above-referenced case and therefore requests that this court sign the Order granting Debtor's Motion to Modify and Abate Chapter 13 Plan.

  10-22-20                                                                          /s/ MICHAEL A. LATZES, ESQUIRE
     Date                                                                     MICHAEL A. LATZES, ESQUIRE
                                                                                 Attorney for Debtor