# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Joel Wayne Hudnell | : |
| | : |
|                 Debtor(s) | : NO.  19-15726 MDC |

### CERTIFICATE OF SERVICE

     I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of Debtor's Second Amended Chapter 13 Plan per Order to Modify and Amended Schedules I and J were mailed either first class mail, postage prepaid or electronically on November 2, 2020  to the U.S. Trustee, William C. Miller, Trustee, Joel Wayne Hudnell, Debtor and all creditors listed on the Claims Register and/or any attorneys who entered their appearances in this matter.


11-2-2020                                                              /s/    MICHAEL A. LATZES  
DATE                                                                   MICHAEL A. LATZES, ESQUIRE  
                                                                             Attorney for Debtor