**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          Chapter 13
JOEL WAYNE HUDNELL


                        Debtor          Bankruptcy No. 19-15726-MDC


# O R D E R

   **AND NOW**, this  7th   day of  March, 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

   **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.


                                          _Magdeline D. Coleman_
                                          Honorable Magdeline D. Coleman
                                          Chief Bankruptcy Judge


Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
MICHAEL A LATZES
ESQUIRE 1528 WALNUT
STREET STE 710
PHILA.,, PA 19102-


Debtor:
JOEL WAYNE HUDNELL

414 W. 21ST. STREET

CHESTER, PA 19013-